**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
ALL DIVISIONS**

IN THE MATTER OF:     \*

WILSON R. SMITH       \*    MISC. NO. 315-001

                         \*

### O R D E R

On January 29, 2015, Wilson R. Smith, Esq. filed a "Motion to Voluntarily Surrender or Indefinitely Suspend His Admission to the Bar of the United States District Court." Upon due consideration, the motion is **GRANTED**.

Accordingly, **IT IS ORDERED** that Mr. Wilson R. Smith is hereby indefinitely suspended from all and any rights and privileges as an attorney at law authorized to appear before this Court.

**IT IS FURTHER ORDERED** that Mr. Smith shall hereafter make no pretense or attempt to practice law before this Court in any proceeding, nor shall said attorney undertake any course of conduct or action to create the appearance or illusion of authority to practice law in civil or criminal proceedings before this Court until and unless this suspension is annulled or vacated.

**SO ORDERED**, this 29th day of January, 2015.

UNITED STATES DISTRICT JUDGE